## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | : <br> : <br> : | |
| v. | : | Case No. CA14-175 |
| STATE OF RHODE ISLAND,<br>    Defendant. | : <br> : <br> : | |

## WITHDRAWAL OF MOTION TO INTERVENE

Now come Petitioners and, with the agreement of all parties, hereby withdraw their Motion to Intervene.

    Respectfully submitted,
    INTERVENORS
    By Their Attorney:

_____
JEFFREY W. KASLE, ESQ. (#2695)
*Of Counsel*
Olenn & Penza
Warwick, Rhode Island 02886
Tel. 401-737-3700; Fax. 401-737-5499
eMail: jwk@olenn-penza.com

## CERTIFICATE OF SERVICE

I hereby certify that, on the 9th day of April, 2018:

[X]   I filed and served this document through the electronic filing system on the following parties: Virginia Thomas, Attorney, Department of Justice and Marc DeSisto, Esq., for the State of Rhode Island. The document electronically filed and served is available for viewing and/or downloading from the Court's Electronic Filing System.

[ ]   I served this document through the electronic filing system on the following parties: _____. The document electronically served is available for viewing and/or downloading from the Court's Electronic Filing System.

[ ]   I mailed or ☐ hand-delivered this document to the attorney for the opposing party and/or the opposing party if self-represented, whose name is _____ at the following address _____.

_____