

## State of Rhode Island and Providence Plantations
State House
Providence, Rhode Island 02903-1196
401-222-2080

Gina M. Raimondo
Governor

May 14, 2018

Charles Moseley EdD
Court Monitor, U.S. District Court
P.O. Box 544
Charlotte, VT, 05445

Dear Dr. Moseley,

This letter is in response to your correspondence to Health & Human Services Secretary Beane, dated May 9, 2018. Please know I remain committed to ensuring that all Rhode Islanders have an opportunity to live a rich and fulfilling life and confirm my support to fund services for individuals with developmental disabilities in FY2019. My administration is committed to maintaining the current level of services, which includes prior Direct Support Professional wage increases in the established rates, to assure that individuals can achieve the outcomes established in the Consent Decree.

Rhode Island has made significant progress in meeting the requirements of the Consent Decree, and we will continue to prioritize this work. I will continue to work collaboratively with the General Assembly on all funding recommendations, including those supporting efforts covered under the Consent Decree. Over the past three years, the Assembly and I have worked together to increase funding for these services.

These appropriations have also supported personnel resources for the state team, including the Division of Developmental Disabilities, to carry out other Consent Decree-related activities. We will continue to make adjustments as new needs are identified.

I am proud of the work my team at the Executive Office of Health and Human Services and the Departments of Education; Human Services; and Behavioral Healthcare, Developmental Disabilities, and Hospitals is doing on behalf of those we serve. I thank you for sharing our commitment to Rhode Islanders with developmental disabilities. We look forward to continued collaboration.

Sincerely,

Gina M. Raimondo
Governor