# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

**UNITED STATES OF AMERICA**
    Plaintiff

    v.                             **C.A. No 14-175**

**STATE OF RHODE ISLAND**
    Defendant

## QUARTERLY REPORT OF THE COURT MONITOR ON THE STATUS OF COURT ORDERED PLACEMENTS

## APRIL 1, 2018 THROUGH JUNE 30, 2018

### SEPTEMBER 6, 2018

**Background**

This report reviews the State's progress on achieving supported employment placement and performance outcomes required by the Consent Decree and Interim Settlement Agreement across all Target Populations for the calendar quarter, April 1, 2018 through June 30, 2018. The assessment is based on the State's quarterly Consent Decree data report (see Attachment).[1] Progress is measured against placement benchmarks to be achieved by January 1, 2019.

**Target Population Census**

The total unduplicated number of individuals in the Consent Decree's four Target Populations was 4,165 on June 30, 2018, slightly higher than the total reported for the previous quarter. Adjusting this total census to reflect the numbers of target population members who have died, voluntarily left services or are not eligible for developmental disabilities services yields an *active census* of 3,498 individuals. Subtracting from the active census target population members who: (a) were employed when the Consent Decree was signed in 2012, (b) are members of the Youth Transition Target Population[2], (c) have received a variance, and (d) are at least 62 years of age

---

[1] Consent Decree Data Reports Data for Quarter Ending June 30, 2018.
[2] The Consent Decree does not include placement targets for members of the Youth Transition Target Population.

and have chosen to retire results in a *target population for employment* totaling 2,414 individuals across the three target remaining populations (see below). Under the Consent Decree these individuals must be provided with the opportunity to receive a supported employment placement. The number of individuals to be placed by target population (updated) is as follows:[3]

    a.   Sheltered Workshop Target Population – 623

    b.   Day Target Population – 1,361

    c.   Youth Exit Target Population – 430

The active census of individuals in each of the Consent Decree Target Populations varies slightly from quarter to quarter depending on the numbers of individual who leave state services during the period and the State's continuing efforts to identify and track target population members.

**Supported Employment Placements**

The Consent Decree and the ISA require the State to meet numerical benchmarks regarding the number of target population members who must receive a supported employment placement during the pendency of the two agreements. A placement is counted only once for each individual. Placements achieved by target population members who subsequently leave, suspend or terminate their employment are considered to be inactive but continue to be credited toward the State's overall placement requirements. The total number of target population members who received a supported employment placement in an integrated competitive employment setting including individuals previously classified as closed placements increased from 744 on March 31, 2018 to 786 on June 30, 2018, a gain of 42 individuals for the quarter (see Table 1).

The Consent Decree sets annual benchmarks for the placement of members of the Sheltered Workshop and Day Program Target Populations that increase on January 1st of each year. All members of the Youth Exit Target Population were required to have received a supported employment

| Table 1 Quarterly Placement Summary September 2016 - June 2018 | | |
|---|---|---|
| Quarterly Report | Number Placed | Total Placements |
| Sept  2016 | | 268 |
| Dec   2016 | 95 | 363 |
| Mar  2017 | 119 | 482 |
| June  2017 | 62 | 544 |
| Sept  2017 | 29 | 573 |
| Dec   2017 | 44 | 617 |
| Mar  2018 | 127 | 744 |
| June 2018 | 42 | 786 |

---

[3] See Attachment, Report 1 Current Consent Decree Population, Target for Employment.

placement by July 1, 2016. The State was not able to fully identify all of the members of this population until late 2016. Continued outreach efforts are being made by the State to locate, contact and track all members of the Youth Exit Target Population.

Table 2 identifies for each Consent Decree population the annual target number of individuals required to receive a supported employment placement, the aggregated year-over-year total, and the number of placements made by January 1st of each year. The number of individuals in the "Placed to Date" column is revised quarterly.

| Table 2 — Consent Decree Placement Benchmarks and State Performance Through June 30, 2018 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Year | Sheltered Workshop Target Population | | | Day Target Population | | | Youth Exit Target Population | |
| Jan 1 of: | Annual Target | Aggregate Target | Placed to Date | Annual Target | Aggregate Target | Placed to Date | Target | Placed to Date |
| 2016 | 50 | 50 | 57 | 25 | 25 | 118 | 413 | 29 |
| 2017 | 50 | 100 | 87 | 25 | 50 | 167 | 413 | 109 |
| 2018 | 50 | 150 | 205 | 50 | 100 | 346 | 426 | 235 |
| 2019 | 50 | 200 | | 50 | 150 | | 426 | |
| 2020 | 100 | 300 | | 75 | 225 | | 426 | |
| 2021 | 100 | 400 | | 100 | 325 | | 426 | |
| 2022 | 100 | 500 | | 200 | 525 | | 426 | |
| 2023 | 100 | 600 | | 200 | 725 | | 426 | |
| 2024 | 100 | 700 | | 225 | 950 | | 426 | |

**Youth Exit Target Population**. The number of individuals in the Youth Exit Target Population has increased each quarter during the past two years as a result of the State's continuing efforts to contact all members of this group and determine their interest in receiving supported employment services and placements. DDD identified a total of 426 Youth Exit Target Population members for the quarter ending June 30, 2018, an increase of 1 individual over the 425 persons reported during the previous quarter. The number of active Youth Exit Population members reported to have received a supported employment placement as of June 30, 2018 was 235, approximately 55% of the placement benchmark for this population (see Table 3). DDD and ORS are implementing their previously submitted and approved plan to provide supported employment placements for all remaining Youth Exit Population Members who choose

competitive employment (430). The plan calls for the placement of 50% of the Target Population by April 30, 2018, and 100% by September 30, 2018. All remaining individuals (195) are to receive a supported employment placement by September 30, 2018.

**Sheltered Workshop Target Population.** Placements were recorded for four (4) Sheltered Workshop Target Population members during the quarter ending June 30, 2018, bringing

| Table 3 Supported Employment Placements for Quarter Ending June 30, 2018 | | | | |
|---|---|---|---|---|
| Target Population | Placement This Qtr. | Total Placements | Benchmark | % Benchmark |
| Youth Exit | 2 | 235 | 430 | 55% |
| Sheltered Workshop | 4 | 205 | 200 | 103% |
| Day Target | 36 | 346 | 150 | 231% |

the total number of active placements achieved to date to 205 for this target population, slightly exceeding the benchmark of 200 persons who needed to receive supported employment placements by January 1, 2019 (Table 3).

**Day Target Population.** The total number of individuals in the Day Target Population who received a supported employment placement by June 30, 2018 was 346, a gain of 36 individuals over the previous quarter. This number of placements represents more than double the Consent Decree requirement of 150 individuals from this target population by January 1, 2019.

**Average Weekly Hours and Earnings (see Attachment Report 4).** The Consent Decree requires members of the three target populations who receive a supported employment placement in an integrated setting to work an average of 20 hours per week. The average number of hours worked per week by members of the three target populations during the quarter ending June 30, 2018 was approximately 11.26 hours, a decline of a little over one hour per week as compared to the previous quarter. On June 30, 2018, 94 members of the Youth Exit Population were reported to have worked on average 14.2 hours per week; 185 members of the Sheltered Workshop Target Population averaged 11.8 hours per week; and 298 members of the Day Target Population averaged 10 hours per week. The average hourly wage earned individuals across all target populations was $10.86, a slight increase from the prior quarter. The percentages of target population members working more than 20 hours per week decreased slightly for the Day and Sheltered Workshop Target Populations but improved for the Youth Exit Target Population.

**Career Development Planning**

Data reported by the State on the numbers of individuals with career development plans includes individuals whose plans are in process and expected to be completed in the near future (see Attachment Report 3a) as well as individuals who were employed in 2012. As shown in Table 4, career development plans are in place for all members of the Youth Exit, Sheltered Workshop and Day Target Populations and for virtually all, 99.5%, of the Youth Transition Target Population.

| Table 4 Career Development Planning for the Quarter Ending June 30, 2018 | | | |
|---|---|---|---|
| Target Population | Individuals w/ CDP | Benchmark | % Benchmark |
| Youth Transition | 834 | 838 | 99.5% |
| Youth Exit | 426 | 426 | 100% |
| Sheltered Workshop | 693 | 693 | 100% |
| Day Target | 1,541 | 1,541 | 100% |

**Benefits Planning**

The percentage of individuals with benefits plans increased in the Sheltered Workshop Target Population increased from 88% to 98%. The percentage of individuals with benefits plans in the Youth Exit and Day Target Populations, however, remained roughly the same at 74% and 75% respectively. Although the numbers of individuals with benefits plans who are employed in competitive jobs increased by 18 persons, the overall percentage of working individuals with plans decreased to approximately 50% (see Table 5).

| Table 5 Status of Benefits Planning for the Quarter Ending June 30, 2018 | | | |
|---|---|---|---|
| Target Population | Individuals w/ BPs | Benchmark | % Benchmark |
| Youth Transition | NA | NA | |
| Youth Exit | 170 | 231 | 74% |
| Sheltered Workshop | 184 | 203 | 91% |
| Day Target | 252 | 334 | 75% |
| Total | 606 | 768 | 79% |
| Total Employed w/ B Plans | 387 | 768 | 50% |

**Summary**

The numbers of individuals who received a supported employment placement during the first and second calendar quarters of the year exceed the Consent Decree benchmarks that must be met by January 1, 2019 for the Sheltered Workshop and Day Target Populations. The total number of placements among members of the Youth Exit Target Population, however, are meeting only 55% of the January 1, 2019 requirement. As noted above, the State recognizes this

discrepancy and currently is working on a plan to place all remaining Youth Exit Target
Population members by September 30, 2018.

The average number of hours worked per week has remined virtually unchanged during the
past four quarters at 10 to 14 hours per week depending on the population (see above). On
March 24, 2017 DDD submitted to the Monitor a *Plan for Increasing the Number of Hours Worked
by Consent Decree Target Population Members*. The plan was well designed, initially focusing on
the Youth Exit Population, identifying system needs and barriers, laying out the steps to ensure
data quality and collection, and strengthening collaboration with DD providers. A list of
implementation strategies to be used to accomplish the intended outcomes was also included.
Although the plan was well constructed the intended objective does not appear to have been
reached. A comparison of the weekly hours worked for the quarter ending June 30, 2018 with
the weekly hours worked for the quarter ending March 31, 2017 reveals no progress on
achieving this goal during the past 15 months.

DDD, in consultation with ORS, the Sherlock Center Conversion Institute, provider agencies
and others as determined by the Division, must review and revise the current plan to identify
additional actions that need to be taken to increase the weekly hours worked among
competitively employed members of the Youth Exit, Sheltered Workshop and Day Target
Populations. The State is currently gathering information on the status and preferences of
Consent Decree Target Population members who are employed in integrated settings. State
officials report that they intend to use this information in their analysis and revision of the
current plan for increasing hours worked.

A copy of the revised plan and implementation strategy is to be submitted to the Monitor as an
appendix to the State's Quarterly Report for the period ending December 31, 2018. The Consent
Decree Coordinator is requested to regularly inform the Monitor on the progress of the plan's
revision and to submit a brief progress update as a part of the State's Quarterly Report for the
period ending September 30, 2018.

Respectfully Submitted,

Charles Moseley EdD
Court Monitor
September 6, 2018

ATTACHMENT

**Consent Decree Reports**
**Data for Quarter Ending June 30, 2018\***
**Report 1: Current Consent Decree Population**
Report Date: 7/31/2018



Census for Current Quarter by Target Population Groups

| REPORT 1 - Current Census | Youth in Transition | Youth Exit | Sheltered Workshop | Day Program | Unduplicated Total |
|---|---|---|---|---|---|
| Total Individuals | 838 | 565 | 844 | 1,918 | 4,165 |
| - Individuals deceased since January 2013 | 0 | 2 | 71 | 240 | 313 |
| - Voluntarily left services | 0 | 56 | 50 | 87 | 193 |
| - Not Attending/Limited Services | 0 | 18 | 30 | 50 | 98 |
| - Haven't Applied | 0 | 63 | 0 | 0 | 63 |
| - Not Eligible or Rescinded Application | 0 | 0 | 0 | 0 | 0 |
| Active Census for Current Quarter | 838 | 426 | 693 | 1,541 | 3,498 |
| Population as a % of Census | 24.0% | 12.2% | 19.8% | 44.1% | 100.0% |
| - Individuals employed in 2012 | 0 | 0 | 59 | 157 | 216 |
| - Individuals in transition | 838 | 0 | 0 | 0 | 838 |
| - Variance Requests | 0 | 0 | 1 | 2 | 3 |
| - Individuals age 62+ who want to be retired | 0 | 0 | 12 | 33 | 45 |
| + Inactive individuals with placements | 0 | 4 | 2 | 12 | 18 |
| Target Population for Employment[1] (Census Less Those Employed in 2012 and Transition) | 0 | 430 | 623 | 1,361 | 2,414 |

**Census - Quarter to Quarter Changes**

| Target Population Group | Q 6/30/17 | Q 9/30/17 | Q 12/31/17 | Q 3/31/18 | Q 6/30/18 |
|---|---|---|---|---|---|
| Youth in Transition | 707 | 656 | 644 | 646 | 838 |
| Youth Exit | 497 | 442 | 413 | 425 | 426 |
| Sheltered Workshop | 718 | 688 | 705 | 700 | 693 |
| Day Program | 1,699 | 1,632 | 1,562 | 1,553 | 1,541 |
| Unduplicated Total | 3,621 | 3,418 | 3,324 | 3,324 | 3,498 |

**Notes:**

[1]The Target Population for Employment is tracked for reporting of newly obtained employment.  Individuals employed in 2012 are excluded from the Consent Decree targets for new employment.  All other reports are based on the Census for Current Quarter.

**\*Data Sources for Quarterly Report**
1. Sherlock Center survey completed March 2018
2. ORS cases through 6/30/18
3. DDD caseload information as of 6/30/18
4. RIDE annual census, June 2018

### Consent Decree Data Reports
### Data for Quarter Ending June 30, 2018*
### Report 2: Consent Decree Target Population Employment

Report Date:    7/31/2018

REVISED 



Youth Exit benchmark is to be met by July 1st of the exit year. Sheltered Workshop and Day Program benchmarks are to be met by 12/31/2018.

| EMPLOYMENT BY TARGET POPULATION | Youth Exit | Sheltered Workshop | Day Program | Unduplicated Total |
|---|---|---|---|---|
| Target Population for Employment | 430 | 623 | 1,361 | 2,414 |
| % of Total Target Population | 18% | 26% | 56% | 100% |
| Benchmark for Employment | 430 | 200 | 150 | 776 |
| **Total Individuals in INDIVIDUAL EMPLOYER PAID Employment** | | | | |
| Q 6/30/18 | 235 | 205 | 346 | 786 |
| **Total Competitve and Self Employment Percentages** | | | | |
| % of Benchmark | 54.7% | 102.5% | 230.7% | 101.3% |
| % of Target Population Group | 54.7% | 32.9% | 25.4% | 32.6% |
| % of Those Employed | 29.9% | 26.1% | 44.0% | 100.0% |
| **Quarter to Quarter Performance** | | | | |
| Q6/30/18 | 235 | 205 | 346 | 786 |
| Q 3/31/18 | 233 | 201 | 310 | 744 |
| Q 12/31/17 | 177 | 168 | 272 | 617 |
| Q 9/30/17 | 166 | 130 | 277 | 573 |
| Q 6/30/17 | 160 | 122 | 262 | 544 |
| Q 3/31/17 | 135 | 113 | 234 | 482 |
| Q 12/31/16 | 109 | 87 | 167 | 363 |
| Q 9/30/16 | 36 | 75 | 157 | 268 |
| Q 6/30/17 | 29 | 57 | 118 | 204 |

Note: Includes Self-Employment.
 Day Population decreases in Q12/31/17 are due to correcting miscategorization of some TTP individuals to

**\*Data Sources for Quarterly Report**
1. Sherlock Center survey completed March 2018
2. ORS cases through 6/30/18
3. DDD caseload information as of 6/30/18
4. RIDE annual census, June 2018
5. State Wage information (SWICA) from the RI Department of Labor & Training, 6/29/18
6. Integrated Community Employment Reporting Form submissions through 6/30/18

**Consent Decree Data Reports**
**Data for Quarter Ending June 30, 2018***
**Report 3a: Career Development Plans**

Report Date:     7/31/2018



### Career Development Plan (CDP) Exists

|  | Q 9/30/17 | Q 12/31/17 | Q 3/31/18 | Q 6/30/18 | BENCHMARK | % of Benchmark |
|---|---|---|---|---|---|---|
| Youth in Transition | 534 | 573 | 578 | 834 | 838 | 100% |
| Youth Exit | 397 | 424 | 425 | 426 | 426 | 100% |
| Sheltered Workshop | 701 | 704 | 700 | 693 | 693 | 100% |
| Day Program | 1,561 | 1,559 | 1,553 | 1,541 | 1,541 | 100% |
| **Unduplicated Total** | **3,254** | **3,255** | **3,256** | **3,494** | **3,498** | **100%** |

*Note:  the 4 youth in transition without CDPs just turned 14 during the quarter and plans will be done in the next quarter.*

### *Data Sources for Quarterly Report

1. Sherlock Center survey completed March 2018

2. ORS cases through 6/30/18

3. DDD caseload information as of 6/30/18

4. RIDE annual census, June 2018

5. State Wage information (SWICA) from the RI Department of Labor & Training, 6/29/18

6. Integrated Community Employment Reporting Form submissions through 6/30/18

## Consent Decree Data Reports
### Data for Quarter Ending June 30, 2018*
### Report 3b: Benefits Plans

Report Date:    7/31/2018



### Benefits Plan (BP) Exists

|  | Q 9/30/17 | Q 12/31/17 | Q 3/31/18 | Q 6/30/18 | BENCHMARK | % of Benchmark |
|---|---|---|---|---|---|---|
| Youth in Transition | -- | -- | -- | -- | -- | -- |
| Youth Exit | 126 | 137 | 167 | 170 | 231 | 74% |
| Sheltered Workshop | 98 | 136 | 176 | 184 | 203 | 91% |
| Day Program | 166 | 150 | 243 | 252 | 334 | 75% |
| Unduplicated Total | 390 | 423 | 586 | 606 | 768 | 79% |
| With Placements | NA | 255 | 369 | 387 | 768 | 50% |
| Declined | NA | NA | 13 | 175 | 768 | 23% |

Note:  Benefits Plans can be done for those not yet employed, in segregated employment, or in a competitive integrated job placement.  The Unduplicated Total includes all those with a benefits plan.  The With Placements total includes only those with a competitive integrated job placement.

### *Data Sources for Quarterly Report

1.  Sherlock Center survey completed March 2018
2.  ORS cases through 6/30/18
3.  DDD caseload information as of 6/30/18
4.  RIDE annual census, January 2018
5.  State Wage information (SWICA) from the RI Department of Labor & Training, June 29, 2018
6.  Integrated Community Employment Reporting Form submissions through 6/30/18

**Consent Decree Data Reports**
**Data for Quarter Ending June 30, 2018***
**Report 4: Average Weekly Hours and Hourly Wages**

Report Date:        7/31/2018



| Individual Employer Paid Employment | | | | | | |
|---|---|---|---|---|---|---|
| Target Population Unduplicated Counts | Measure | Total Population | Weekly Hours Worked | Hourly Wage | Worked 20+ Hours | % With 20+ Hours |
| Day Program | # Reporting | 298 | | | 31 | 10.4% |
| | Average | | 10.0 | $10.99 | | |
| Sheltered Workshop | # Reporting | 185 | | | 39 | 21.1% |
| | Average | | 11.8 | $10.86 | | |
| Youth Exit | # Reporting | 94 | | | 36 | 38.3% |
| | Average | | 14.2 | $10.46 | | |

**Notes:**

1 # Reporting equals the count of individuals reporting hours or wages above minimum wage.

***Data Sources for Quarterly Report**

1. Sherlock Center survey completed March 2018
2. ORS cases through 6/30/18