# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>STATE OF RHODE ISLAND,<br>　　　　Defendant. | C.A. No. 14-cv-00175-M-PAS |

## NOTICE OF WITHDRAWAL OF COUNSEL
## OF RICHARD MYRUS ON BEHALF OF THE UNITED STATES OF AMERICA

　　　　Pursuant to Local Rule Gen. 206(e)(1), Plaintiff United States of America hereby gives notice to the Court of the withdrawal of Richard Myrus, one of Plaintiff United States of America's counsel of record in this action.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　STEPHEN G. DAMBRUCH
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　/s/ Amy R. Romero
　　　　　　　　　　　　　　　　　　　AMY R. ROMERO
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　U.S. Attorney's Office
　　　　　　　　　　　　　　　　　　　50 Kennedy Plaza, 8th Floor
　　　　　　　　　　　　　　　　　　　Providence, RI 02903
　　　　　　　　　　　　　　　　　　　Tel.: (401) 709-5000
　　　　　　　　　　　　　　　　　　　Fax: (401) 709-5001
　　　　　　　　　　　　　　　　　　　Email: amy.romero@usdoj.gov

Dated:  December 12, 2018

## **CERTIFICATE OF SERVICE**

       I hereby certify that on the 12th day of December, 2018, I electronically filed the within Notice of Entry of Appearance with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System, which shall send notice to all counsel of record via electronic mail.

       /s/ Amy R. Romero
       AMY R. ROMERO
       Assistant U.S. Attorney