UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

**UNITED STATES OF AMERICA**
    Plaintiff

    v.                                                C.A. No 14-175

**STATE OF RHODE ISLAND**
    Defendant

---

### QUARTERLY REPORT OF THE COURT MONITOR ON THE STATUS OF COURT ORDERED PLACEMENTS

### JANUARY 1, 2019 THROUGH March 31, 2019

### JUNE 27, 2018

---

**Introduction**

This report provides an assessment of the State's progress on achieving supported employment placement and performance outcomes required by the Consent Decree and Interim Settlement Agreement across all Target Populations for the calendar quarter, January 1, 2019 through March 31, 2019. The assessment is based on the State's quarterly Consent Decree data report (see Attachment).[1] Progress is measured against placement benchmarks to be achieved by January 1, 2020.

**Target Population Census**

The total unduplicated number of individuals in the Consent Decree's four Target Populations was 4,351 on March 31, 2019, slightly higher than the total reported for the previous quarter. Adjusting this total census to reflect the numbers of target population members who have died, voluntarily left services or are not eligible for developmental disabilities services yields an *active census* of 3,595 individuals. Subtracting from this active census target population members who: (a) were employed when the Consent Decree was signed in 2012, (b) are members of the Youth

---

[1] Consent Decree Data Reports Data for Quarter Ending March 31, 2019.

Transition Target Population[2], (c) have received a supported employment variance, and (d) are at least 62 years of age and have chosen to retire results in a *target population for employment* totaling 2,257 individuals across the three target remaining populations (see below). Under the Consent Decree these individuals must be provided with the opportunity to receive a supported employment placement. The number of individuals to be placed by target population (updated) is as follows:[3]

  a. Sheltered Workshop Target Population – 583
  b. Day Target Population – 1,262
  c. Youth Exit Target Population – 412

The active census of individuals in each of the Consent Decree Target Populations varies slightly from quarter to quarter depending on the numbers of individual who leave state services during the reporting period and the outcomes of the State's continuing efforts to identify and track target population members.

**Supported Employment Placements**

The Consent Decree and the ISA require the State to meet numerical benchmarks regarding the number of target population members who must receive a supported employment placement during the pendency of the two agreements. A placement is counted only once for each individual. Placements achieved by target population members who subsequently leave, suspend or terminate their employment are considered to be inactive but continue to be credited toward the State's overall placement requirements. The total number of target population members who received a supported employment placement in an integrated competitive employment setting, including individuals previously classified as closed placements, increased from 820 on December 31, 2018 to 838 on March 31, 2019, a gain of 18 individuals for the quarter (see Table 1).

Table 1
Quarterly Placement Summary
September 2016 - March 2019

| Quarterly Report | Number Placed | Total Placements |
|---|---|---|
| Sept 2016 |  | 268 |
| Dec 2016 | 95 | 363 |
| Mar 2017 | 119 | 482 |
| June 2017 | 62 | 544 |
| Sept 2017 | 29 | 573 |
| Dec 2017 | 44 | 617 |
| Mar 2018 | 127 | 744 |
| June 2018 | 42 | 786 |
| Sept 2018 | 7 | 793[4] |
| Dec 2018 | 27 | 820 |
| Mar 2019 | 18 | 838 |

---

[2] The Consent Decree does not include placement targets for members of the Youth Transition Target Population.
[3] See Attachment, Report 1 Current Consent Decree Population, Target for Employment.
[4] This total was adjusted to correct duplicate reporting in previous quarter data.

2

The Consent Decree sets annual benchmarks for the placement of members of the Sheltered Workshop and Day Program Target Populations that increase on January 1st of each year. All members of the Youth Exit Target Population were required to have received a supported employment placement by July 1, 2016.

Table 2 identifies for each Consent Decree population the annual target number of individuals required to receive a supported employment placement, the aggregated year-over-year total, and the number of placements made by January 1st of each year. The count of individuals in the "Placed to Date" column is revised quarterly.

| Table 2 Consent Decree Placement Benchmarks and State Performance Through March 31, 2019 |||||||||
|---|---|---|---|---|---|---|---|---|
| Year | Sheltered Workshop Target Population ||| Day Target Population ||| Youth Exit Target Population ||
| Jan 1 of: | Annual Target | Aggregate Target | Placed to Date | Annual Target | Aggregate Target | Placed to Date | 2016 Target | Placed to Date |
| 2016 | 50 | 50 | 57 | 25 | 25 | 118 | 413 | 29 |
| 2017 | 50 | 100 | 87 | 25 | 50 | 167 | 413 | 109 |
| 2018 | 50 | 150 | 205 | 50 | 100 | 346 | 426 | 235 |
| 2019 | 50 | 200 | 217 | 50 | 150 | 364 | 412 | 257 |
| 2020 | 100 | 300 |  | 75 | 225 |  | 412 |  |
| 2021 | 100 | 400 |  | 100 | 325 |  | 412 |  |
| 2022 | 100 | 500 |  | 200 | 525 |  | 412 |  |
| 2023 | 100 | 600 |  | 200 | 725 |  | 412 |  |
| 2024 | 100 | 700 |  | 225 | 950 |  | 412 |  |

**Youth Exit Target Population**. The number of individuals in the Youth Exit Target Population has varied each quarter as a result of the State's continuing efforts to identify and track all members of this group. DDD reported a total of 412 Youth Exit Target Population members for the quarter ending March 31, 2019, a decrease of 25 from the 437 individuals reported during the previous quarter. The number of active Youth Exit Population members who had received a supported employment placement as of March 31, 2019 was 257, approximately 62% of the placement benchmark of 412 for this population (see Table 3 below). DDD and ORS have implemented strategies to improve the employment outcomes achieved by the Youth Exit

group, and some progress has been made. However, the State was unsuccessful in achieving its goal of placing 100% Youth Exit Target Population members who are interested in pursuing a supported employment placement by September 30, 2018 as planned. DDD and ORS must take additional steps to achieve supported employment placements for all members of this population who are interested in receiving integrated competitive employment.

**Sheltered Workshop Target Population.** A total of 6 Sheltered Workshop Target Population members received supported employment placements during the quarter ending March 31, 2019, bringing the total number of active placements achieved to date to 217 for this target population (Table 3). Quarterly placement data reported by the State for the previous 8 quarters between March 31, 2017 and March 31, 2019 indicates that on average 13 individuals from the Sheltered Workshop Target Population received a supported employment placement each quarter. To meet the January 1, 2020 benchmark, the State must achieve supported employment placements for an additional 83 individuals during the balance of 2019, or approximately 28 individuals per quarter. This rate of placement is more than double the quarterly average that has been attained during the previous two years.

| Table 3 Supported Employment Placements for Quarter Ending March 31, 2019 | | | | |
|---|---|---|---|---|
| Target Population | Placement This Qtr. | Total Placements | 2020 Benchmark | % Benchmark |
| Youth Exit | 8 | 257 | 412 | 62% |
| Sheltered Workshop | 6 | 217 | 300 | 72% |
| Day Target | 4 | 364 | 225 | 162% |

**Day Target Population.** The total number of individuals in the Day Target Population who received a supported employment placement by March 31, 2019 was 364, a gain of 4 individuals over the previous quarter. The number of Day Target Population members receiving a supported employment placement continues to exceed the January 1, 2020 benchmark for this target population.

**Average Weekly Hours and Earnings (see Attachment Report 4)**
The Consent Decree requires members of the three target populations who receive a supported employment placement in an integrated setting to work an average of 20 hours per week. The average weighted number of hours worked per week by members of the three target

4

populations during the quarter ending March 31, 2019 was approximately 13 hours across 358 individuals, an increase of a little over one hour per week as compared to the previous quarter for 228 individuals. On March 31, 2019, 94 members of the Youth Exit Population were reported to have worked on average 15.6 hours per week; 120 members of the Sheltered Workshop Target Population averaged 13.4 hours per week; and 144 members of the Day Target Population averaged 11.2 hours per week. The percentages of target population members working <u>more than 20 hours per week</u> decreased significantly during this reporting quarter for the Day and Youth Exit Target Populations and showed a slight increase for the Sheltered Workshop Target Population.

The average weighted hourly wage earned by individuals across all target populations was $11.07, a slight increase from the average of $10.86 reported for the prior quarter.

**Career Development Planning**

Data reported by the State on the numbers of target population members with career development plans includes individuals whose plans are in process and expected to be completed in the near future as well as individuals who were employed in 2012. As shown in Table 4, career development plans are in place for all members of the Youth Exit, Sheltered Workshop and Day Target Populations and for 97%, of the Youth Transition Target Population (See Attachment Consent Decree Data Report 3a).

| Table 4 Career Development Planning for the Quarter Ending March 31, 2019 | | | |
|---|---|---|---|
| Target Population | Individuals w/ CDP | Benchmark | % Benchmark |
| Youth Transition | 995 | 1,021 | 97% |
| Youth Exit | 393 | 393 | 100% |
| Sheltered Workshop | 672 | 672 | 100% |
| Day Target | 1,509 | 1,509 | 100% |

**Benefits Planning**

The number and percentage of individuals with benefits plans for the quarter ending March 31, 2019 was the same as that reported for the previous quarter ending December 31, 2018 (Table 5). The State notes that 43 benefits plans were completed during the reporting quarter but only 11 individuals were Consent Decree target population members and each of these individuals had

5

already received a benefits plan. As a result, the total number of individuals with benefits plans remained the same. The Consent Decree and ISA require target population members to receive benefits planning information during the year that the individual is scheduled to enter supported employment (CD §IV[6], ISA §I[8]). As noted in Table 5 however, only 53% of individuals who are employed have received a benefits plan. Although it must be recognized that some individuals who are employed have refused to engage in the benefits planning process, it is clear that the number of employed individuals with benefits plans falls far short of the required benchmark. DDD has increased funding provided to the Sherlock Center to continue to expand access to benefits planning services to Consent Decree and ISA target population members.

Table 5
Status of Benefits Planning for the Quarter Ending March 31, 2019

| Target Population | Individuals w/ BPs | Benchmark | % Benchmark |
|---|---|---|---|
| Youth Transition | NA | NA | |
| Youth Exit | 200 | 257 | 78% |
| Sheltered Workshop | 202 | 217 | 93% |
| Day Target | 275 | 364 | 76% |
| Total | 677 | 838 | 81% |
| Total Employed w/ B Plans | 444 | 838 | 53% |

 Summary

As shown in Table 2 above, the State met the January 1, 2019 supported employment placement requirements for the Sheltered Workshop and Day Target Populations. The total number of placements achieved by the State for members of the Youth Exit Target Population, however, continues to fall significantly below Consent Decree requirements. The Consent Decree calls for supported employment placements to be made available for all members of this target population interested in employment by July 1, 2016. When this goal was not achieved the Monitor requested that the State prepare and implement a plan, strategy and timeline for ensuring that all 151 of then identified Youth Exit Target Population members who choose employment be furnished with a supported employment placement by June 30, 2017. Although progress was made, this placement goal was not achieved. During this period, continued efforts by the State to identify members of the Youth Exit Population who were not receiving the supported employment services increased the total numbers of Youth Exit Target Population

members from 151 to 497 as of March 31, 2017.[5] The State took steps to expand its capacity to fund and sustain supported employment services by developing and implementing the outcome based Person-Centered Supported Employment Program (PCSEP). The initiative did not specifically focus on members of the Youth Exit Target Population but was open to all individuals receiving IDD services. Although provider funding inducements were later added to increase Youth Exit Population participation, the initiative did not significantly impact placement numbers for this group. The afore mentioned Report of the Court Monitor[6] required DDD and ORS to collaborate on the development of a plan to ensure the remaining members of the Youth Exit Population would be able to access supported employment within a reasonable timeframe. A revised plan was developed identifying the Youth Exit Target Population members to be placed and a timeline for ensuring 100% of those individuals who desire competitive employment would receive a placement by September 30, 2018. This goal also was not achieved. As noted above, as of March 31, 2019 only 257 (62%) of the 412 Youth Exit Target Population have received a supported employment placement.

It is noted that the State is taking important steps to rebuild the developmental disabilities service delivery system under the Consent Decree. DDD and ORS have worked to establish important links with the RI Department of Labor and Training, developmental disabilities services providers, families and advocacy organizations to achieve and sustain supported employment outcomes among individuals with IDD receiving publicly funded services. Furthermore, BHDDH-DDD is collaborating with the RI Senate's Project Sustainability Commission in its examination of the State's fee-for-service reimbursement and payment system for adults with intellectual and developmental disabilities receiving Medicaid services. Additional progress is being made in provider staff training, quality improvement and other key areas.

The fact remains, however, that the numbers of Consent Decree target population members who have received a supported employment placement and are employed in competitive jobs need to be increased to meet the terms of the Agreement. Supported employment opportunities

---

[5] See Report of the Court Monitor on Consent Decree Compliance Report Period: January 25 2017- July 20, 2017, Case 1:14-cv-00175-M-PAS Document 65 Filed 7/27/17, Page 3.
[6] Ibid

need to furnished to an estimated 155 individuals from the Youth Exit Target population plus 83 individuals from the Sheltered Workshop Target Population, 238 in total, by January 1, 2020. Past plans developed and implemented by the State to expand integrated supported employment placements have had mixed success. Given the increasing number of placements required during each of the out-years of the Consent Decree, 2021-2024 (Table 2), it is essential that immediate and tangible steps be taken to further build the capacity of both State and provider agencies to sustain the high level of training and supported employment placement activity required by the Consent Decree both now and into the future.

Respectfully Submitted,

Charles Moseley EdD
Court Monitor
June 27, 2019

ATTACHMENT

**Consent Decree Reports**
**Data for Quarter Ending March 31, 2019***
**Report 1: Current Consent Decree Population**
Report Date:   4/30/2019



Census for Current Quarter by Target Population Groups
- Youth in Transition 28%
- Youth Exit 11%
- Sheltered Workshop 19%
- Day Program 42%

| REPORT 1 - Current Census | Youth in Transition | Youth Exit | Sheltered Workshop | Day Program | Unduplicated Total |
|---|---|---|---|---|---|
| Total Individuals | 1,021 | 568 | 844 | 1,918 | 4,351 |
| - Individuals deceased since January 2013 | 0 | 5 | 91 | 276 | 372 |
| - Voluntarily left services | 0 | 84 | 57 | 97 | 238 |
| - Not Attending/Limited Services | 0 | 20 | 24 | 36 | 80 |
| - Haven't Applied | 0 | 58 | 0 | 0 | 58 |
| - Not Eligible or Rescinded Application | 0 | 8 | 0 | 0 | 8 |
| Active Census for Current Quarter | 1,021 | 393 | 672 | 1,509 | 3,595 |
| Population as a % of Census | 28.4% | 10.9% | 18.7% | 42.0% | 100.0% |
| - Individuals employed in 2012 | 0 | 0 | 59 | 153 | 212 |
| - Individuals in transition | 1,021 | 0 | 0 | 0 | 1021 |
| - Variance Requests | 0 | 2 | 1 | 9 | 12 |
| - Individuals age 62+ who want to be retired | 0 | 0 | 40 | 102 | 142 |
| + Inactive individuals with placements | 0 | 21 | 11 | 17 | 49 |
| Target Population for Employment[1] (Census Less Those Employed in 2012 and Transition) | 0 | 412 | 583 | 1,262 | 2,257 |

**Census - Quarter to Quarter Changes**

| Target Population Group | Q 3/31/18 | Q 6/30/18 | Q 9/30/18 | Q 12/31/18 | Q 3/31/19 |
|---|---|---|---|---|---|
| Youth in Transition | 646 | 838 | 795 | 969 | 1,021 |
| Youth Exit | 425 | 426 | 417 | 407 | 393 |
| Sheltered Workshop | 700 | 693 | 688 | 676 | 672 |
| Day Program | 1,553 | 1,541 | 1,531 | 1,529 | 1,509 |
| Unduplicated Total | 3,324 | 3,498 | 3,431 | 3,581 | 3,595 |

**Notes:**
[1]The Target Population for Employment is tracked for reporting of newly obtained employment.  Individuals employed in 2012 are excluded from the Consent Decree targets for new employment.  All other reports are based on the Census for Current Quarter.

*Data Sources for Quarterly Report
1. Sherlock Center survey completed October 2018
2. ORS cases through 3/31/19
3. DDD caseload information as of 3/31/19
4. RIDE annual census, December 2018
5. State Wage information (SWICA) from the RI Department of Labor & Training, 3/31/19
6. Integrated Community Employment Reporting Form submissions through 3/31/19

ATTACHEMENT A| March 31, 2019 Quarterly Update

## Consent Decree Data Reports
## Data for Quarter Ending March 31, 2019*
### Report 2: Consent Decree Target Population Employment
Report Date: 4/30/2019



Individual Employer Paid and Self Employment by Target Population

Youth Exit benchmark is to be met by July 1st of the exit year. Sheltered Workshop and Day Program benchmarks are to be met by 12/31/2018.

| EMPLOYMENT BY TARGET POPULATION | Youth Exit | Sheltered Workshop | Day Program | Unduplicated Total |
|---|---|---|---|---|
| Target Population for Employment | 412 | 583 | 1,262 | 2,257 |
| % of Total Target Population | 18% | 26% | 56% | 100% |
| Benchmark for Employment | 412 | 300 | 225 | 776 |
| **Total Individuals in INDIVIDUAL EMPLOYER PAID Employment** | | | | |
| Q 3/31/19 | 257 | 217 | 364 | 838 |
| **Total Competitve and Self Employment Percentages** | | | | |
| % of Benchmark | 62.4% | 72.3% | 161.8% | 108.0% |
| % of Target Population Group | 62.4% | 37.2% | 28.8% | 37.1% |
| % of Those Employed | 30.7% | 25.9% | 43.4% | 100.0% |
| **Quarter to Quarter Performance** | | | | |
| Q 3/31/19 | 257 | 217 | 364 | 838 |
| Q 12/31/18 | 249 | 211 | 360 | 820 |
| Q 9/30/18* | 240 | 203 | 350 | 793 |
| Q 6/30/18 | 235 | 205 | 346 | 786 |
| Q 3/31/18 | 233 | 201 | 310 | 744 |
| Q 12/31/17 | 177 | 168 | 272 | 617 |
| Q 9/30/17 | 166 | 130 | 277 | 573 |
| Q 6/30/17 | 160 | 122 | 262 | 544 |
| Q 3/31/17 | 135 | 113 | 234 | 482 |

Note: Includes Self-Employment.
*Duplicate reporting was found in last quarter's data and corrected in this report. As a result of this finding, an examination of all of the data sources is underway to ensure data integrity.

**\*Data Sources for Quarterly Report**
1. Sherlock Center survey completed October 2018
2. ORS cases through 3/31/19
3. DDD caseload information as of 3/31/19
4. RIDE annual census, December 2018
5. State Wage information (SWICA) from the RI Department of Labor & Training, 3/31/19
6. Integrated Community Employment Reporting Form submissions through 3/31/19

ATTACHEMENT A| March 31, 2019 Quarterly Update

## Consent Decree Data Reports
## Data for Quarter Ending March 31, 2019*
## Report 3a: Career Development Plans

Report Date:   4/30/2019



# of Target Population Members with a Career Development Plan

### Career Development Plan (CDP) Exists

|  | Q 6/30/18 | Q 9/30/18 | Q 12/31/18 | Q 3/31/19 | BENCHMARK | % of Benchmark |
|---|---|---|---|---|---|---|
| Youth in Transition | 834 | 795 | 969 | 995 | 1,021 | 97% |
| Youth Exit | 426 | 417 | 407 | 393 | 393 | 100% |
| Sheltered Workshop | 693 | 688 | 676 | 672 | 672 | 100% |
| Day Program | 1,541 | 1,531 | 1,529 | 1,509 | 1,509 | 100% |
| **Unduplicated Total** | 3,494 | 3,431 | 3,581 | 3,569 | 3,595 | 99% |

Note:

*Data Sources for Quarterly Report
1. Sherlock Center survey completed October 2018
2. ORS cases through 3/31/19
3. DDD caseload information as of 3/31/19
4. RIDE annual census, December 2018
5. State Wage information (SWICA) from the RI Department of Labor & Training, 3/31/19
6. Integrated Community Employment Reporting Form submissions through 3/31/19

ATTACHEMENT A| March 31, 2019 Quarterly Update



## Consent Decree Data Reports
## Data for Quarter Ending March 31, 2019*
## Report 3b: Benefit Plans

Report Date: 4/30/2019

# of Target Population Members with a Benefits Plan
400
350
300
250
200
150
100
50
0
170
198
200
200
257
184
199
202
202
217
252
266
275
275
364
Youth Exit
Sheltered Workshop
Day Program
Q 6/30/18
Q 9/30/18
Q 12/31/18
Q 3/31/19 1
BENCHMARK

### Benefits Plan (BP) Exists

| | Q 6/30/18 | Q 9/30/18 | Q 12/31/18 | Q 3/31/19 [1] | BENCHMARK | % of Benchmark |
|---|---|---|---|---|---|---|
| Youth in Transition | -- | -- | -- | -- | -- | -- |
| Youth Exit | 170 | 198 | 200 | 200 | 257 | 78% |
| Sheltered Workshop | 184 | 199 | 202 | 202 | 217 | 93% |
| Day Program | 252 | 266 | 275 | 275 | 364 | 76% |
| **Unduplicated Total** | **606** | **663** | **677** | **677** | **838** | **81%** |
| **With Placements** | **387** | **434** | **444** | **444** | **838** | **53%** |
| **Declined** | **166** | **196** | **212** | **212** | **838** | **25%** |

*Note: Benefits Plans can be done for those not yet employed, in segregated employment, or in a competitive integrated job placement. The Unduplicated Total includes all those with a benefits plan. The With Placements total includes only those with a competitive integrated job placement.*

### *Data Sources for Quarterly Report

1. Sherlock Center survey completed October 2018
2. ORS cases through 3/31/19
3. DDD caseload information as of 3/31/19
4. RIDE annual census, December 2018
5. State Wage information (SWICA) from the RI Department of Labor & Training, 3/31/19
6. Integrated Community Employment Reporting Form submissions through 3/31/19

**[1] While 43 benefits were completed this quarter, only 11 were for Consent Decree members, and all had previously received a benefits plan.**

**Consent Decree Data Reports**
**Data for Quarter Ending March 31, 2019***
**Report 4: Average Weekly Hours and Hourly Wages**

Report Date: 4/30/2019

| Target Population Unduplicated Counts | Measure | Total Population | Weekly Hours Worked | Hourly Wage | Worked 20+ Hours | % With 20+ Hours |
|---|---|---|---|---|---|---|
| Day Program | # Reporting | 144 | | | 10 | 6.9% |
| | Average | | 11.2 | $11.14 | | |
| Sheltered Workshop | # Reporting | 120 | | | 16 | 13.3% |
| | Average | | 13.4 | $10.88 | | |
| Youth Exit | # Reporting | 94 | | | 11 | 11.7% |
| | Average | | 15.6 | $10.73 | | |

Notes:
1 # Reporting equals the count of individuals reporting hours or wages above minimum wage.

*Data Sources for Quarterly Report
1. Sherlock Center survey completed October 2018
2. ORS cases through 3/31/19
3. DDD caseload information as of 3/31/19
4. RIDE annual census, December 2018
5. State Wage information (SWICA) from the RI Department of Labor & Training, 3/31/19
6. Integrated Community Employment Reporting Form submissions through 3/31/19

ATTACHEMENT A | March 31, 2019 Quarterly Update

13