UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br><br>v.<br><br>STATE OF RHODE ISLAND,<br>   Defendant. | C.A. No. 13-442-JJM-PAS |
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br><br>v.<br><br>STATE OF RHODE ISLAND,<br>   Defendant. | C.A. No. 14-175-JJM-PAS |

## ORDER

Pursuant to this Court's inherent authority (see, e.g. *In re Pearson*, 990 F.2d 653, 657 (1st Cir. 1993) (citing *United States v. Swift & Co.*, 286 U.S. 106, 114 (1932) and Fed. R. Civ. P. 60(b)(5)–(6)), this Court hereby appoints Dr. A. Anthony Antosh as the permanent Court Monitor. Dr. Antosh shall have the full authority and responsibilities contained in Sections XVII of the Consent Decree and Interim Settlement Agreement.

IT IS SO ORDERED.

*John J. McConnell, Jr. (signature)*

John J. McConnell, Jr.
Chief Judge
United States District Court

February 28, 2020