

**STATE OF RHODE ISLAND**
**Department of Behavioral Healthcare, Developmental Disabilities & Hospitals**
**DIVISION OF DEVELOPMENTAL DISABILITIES**

| | |
|---|---|
| 6 Harrington Road – Simpson Hall | TEL:  (401) 462-3421 |
| Cranston, RI  02920 | FAX: (401) 462-2775 |

April 26, 2022

Dear Stakeholders,

Thank you for your participation in working with the Administrative Barriers Workgroups or for your interest in the progress achieved by the workgroup teams.  Following is a summary of what has been achieved by the workgroups since they were formed following the Court Order that was issued on July 31, 2020.

Five workgroups were convened to address the sixteen barriers identified by the Federal Court (see attached).  The five workgroups were:

- Fiscal Concerns;
- Eligibility;
- Appeals;
- Contracts; and,
- Individual Budgets.

The primary goal of the workgroups was to identify strategies and tasks to assist the State in reducing administrative burdens on providers in order to redirect resources back to adults with disabilities.  An important component of the process was the collaboration among the State team, provider representatives, family members, adults with disabilities, advocates, and other stakeholders.  The workgroups were co-led by a member of the team and a community representative.

The significant accomplishments that resulted from the collaboration were:

- The replacement of quarterly authorizations for service approvals for adults with disabilities with annual authorization approval.  This will allow individuals more flexibility in spending determinations throughout the ISP year.
- The implementation of an additional needs questionnaire to accompany the SIS assessment to better identify the individual's funding needs without the need for a cumbersome appeal process.
- Letters have been developed to identify individual budgets to better inform people of their expense status and assist them in managing their funds throughout the approval year.
- The completion of training with DHS staff to reduce the need for unnecessary applications.
    - A table was developed to identify the applications that are required.
        - If an individual is on SSI, redetermination is not necessary.
        - If a person is determined eligible for DD, the person's eligibility determination does not change.

- - Applications for DD are accepted for individuals who reach the age of 17. Their final eligibility is based on their status prior to their 22nd birthday.

- The appeals and L9 process has been updated to reflect Medicaid rules.

  - The initial review occurs through an administrative review process conducted by the DD management team in collaboration with the individual and the person's designees.
  - The initial review does not occur through a pre-hearing process.
  - The turn-around time for a decision is 15 business days.

- Definitions for current functions and activities have been updated.

- The RIPTA contract has been approved for development for Medicaid administrative match without the requirement that RIPTA must become a Medicaid provider.

- Guidance documentation for combing individual budgets has been completed and posted to the website.

- A letter has been developed to assist individuals to better understand navigation of the billing process.

- The Rate Methodology process, to be completed by 12/1/22 will address the following:

  - The resolution of the 15-minute billing units.
  - The resolution of ratios for day services.
  - The provision of a range of funding levels through individual budgets.

- Conflict Free Case Management remains under development with the support of the Long-Term Support Services Team at EOHHS and the recommendations of the DD Quality Advisory Committee.

The entire Administrative Barriers project has been a major effort in collaboration, communication and vision-sharing that has contributed as a step forward in the efforts to improve service delivery to adults with disabilities through the reduction in unnecessary administrative burdens. I look forward to completing the project through the LTSS and Rate Methodology projects with the lens of continuing to focus on reducing administrative barriers constantly in focus.

Sincerely,

Kevin W. Savage
Director, Division of Developmental Disabilities